E-FILED 12-18-08

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEW ERA INTERNATIONAL INC. a/k/a A&S GROUP, *et. al.*, <br><br> Defendants. | CASE NO.: CV 07-7215 PSG (FMOx) <br><br> **[Proposed] ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** <br><br><br> Date: N/A <br> Time: N/A <br> Court: 790 <br> Judge: Honorable Philip S. Gutierrez |

The Court having considered the stipulation of the parties Plaintiff ASIS International, Inc., Defendant New Era International, Inc. and Defendant Globetrotter Media, Inc., through their respective counsel, for dismissal with prejudice of this Action, hereby dismisses this Action with prejudice, each side to bear its own costs and attorney's fees.

IT IS SO ORDERED.

Date:  12/17/08            By: _____
                                Hon. Philip S. Gutierrez
                                United States District Court Judge

Respectfully submitted:

By:_____
    Edward C. Schewe
    John W. Hazard, Jr., admitted pro hac vice
    John R. Strout, admitted pro hac vice
    Attorneys for Plaintiff
    ASIS INTERNATIONAL, INC.


By: _____
    Robert J. Kenney, admitted pro hac vice
    Attorneys for Defendants
    NEW ERA INTERNATIONAL, INC. and
    GLOBETROTTER MEDIA, INC.